Cardillo & Corbett
Attorneys for Plaintiff
Oceanchart Limited
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OCEANCHART LIMITED,

                Plaintiff,

        -against-

A & B MARINE CHARTERING S.A.
and ALEXANDER & BLAKE LIMITED,

                Defendants.
------------------------------------x

JUDGE CASTEL

08 CV 0490

ECF
**RULE 7.1 STATEMENT**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, OCEANCHART LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
            January 17, 2008

                                      CARDILLO & CORBETT
                                      Attorneys for Plaintiff
                                      OCEANCHART LIMITED

                        By:  _____
                            Francis M. McNamara (FM-4649)