```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OCEANCHART LIMITED,                 :
                                    :
                    Plaintiff,      :
                                    :
        -against-                   :
                                    :
A & B MARINE CHARTERING S.A.        :
and ALEXANDER & BLAKE LIMITED,      :
                                    :
                    Defendants.     :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

ORDER APPOINTING
PERSON TO SERVE
PROCESS
08 Civ. 490 (PKC)

Upon motion of the Plaintiff for an order appointing Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Catro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Francis H. McNamara, sworn to January 17th, 2008, and good cause having been shown,

IT IS ORDERED that Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Catro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the

```
Defendants herein and upon the garnishees.

Dated:  New York, New York
        January 18, 2008
```

SO ORDERED:

_____
U.S.D.J.

(Part I)