# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FRANCIS H. McNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

**MEMO ENDORSED**

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

Fax No. 212-805-7949

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

April 17, 2008

Pre-Conference Status Report

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-18-08
```

**MEMO ENDORSED**

Re: Oceanchart Limited v. A & B Marine
Chartering S.A. and Alexander & Blake
Limited
08 Civ. 0490 (PKC)
Our File: E-482-7

Dear Judge Castel:

We represent plaintiff Oceanchart Limited in this matter scheduled for conference on April 18, 2008 at 12:00.

This maritime case involves an account due to plaintiff by defendants under a charter party providing for arbitration in London, which has been started. Plaintiff has alleged that defendant A & B Marine Chartering S.A., the company named as charterer in the charter party, is the alter ego or, alternatively, the agent of defendant Alexander & Blake Limited. Neither defendant can be found in this district.

On January 18, 2008 the Court issued an order for the attachment of the property of the defendants located in this district pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. On April 1, 2008 an electronic funds transfer belonging to defendant Alexander & Blake Limited in the amount of $51,891.19 was stopped at Wachovia Bank pursuant to Process of Maritime Attachment and Garnishment served upon that bank in furtherance of the Court's order of attachment.

Neither defendant has appeared in this case. Notice of the attachment of funds and of the April 18, 2008 conference has been given to the defendants both verbally and in writing.

We understand that the parties are directly in touch and are attempting to settle the case.

The undersigned sincerely apologizes to the Court for the late submission of this status report.

Respectfully yours,

Cardillo & Corbett

By: _____
Francis H. McNamara

*[Handwritten:]* Conference adjourned from April 18 to May 30, 2008 at 3:15 p.m.

SO ORDERED

*[signature]*
USDJ
4-17-08