UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OCEANHEART LIMITED,

        Plaintiff,

    -against-

A & B MARINE CHARTERING S.A.,
and ALEXANDER & BLAKE
LIMITED,
        Defendants.
-------------------------------------------------------------x

ECF CASE

08 Civ. 0490 (PKC)

NOTICE OF
LIMITED
APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my limited appearance in accordance with Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure as counsel in this case for the above captioned defendants.

    I certify that I am admitted to practice in this court

Dated: May 9, 2008
       New York, NY

                            Respectfully submitted,

                            /s/ Richard A. Zimmerman
                            Richard A. Zimmerman (RZ 0963)
                            Attorney for Defendants
                            233 Broadway – Suite 2202
                            New York, NY 10279
                            (212) 619-1919