```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
OCEANCHART LIMITED,                     :
                                        :       ECF
                    Plaintiff,          :
                                        :       08 Civ. 0490 (PKC)
            v.                          :
                                        :       **CONSENT ORDER FOR**
A & B MARINE CHARTERING S.A,            :       **RELEASE OF FUNDS**
and ALEXANDER & BLAKE LIMITED,
                                        :
                    Defendants.
----------------------------------------x

      Plaintiff OCEANCHART LIMITED("Plaintiff") and defendant ALEXANDER & BLAKE LIMITED(Defendant"), by their respective undersigned attorneys, hereby stipulate:

      1. Funds in the amount of $51,891.19 belonging to the Defendant presently under attachment in this case at garnishee Wachovia Bank pursuant to the order of this Court dated January 18, 2008, shall be released immediately and transferred in accordance with written instructions to Wachovia Bank from Plaintiff's's attorneys, Cardillo & Corbett.

_____        _____
Francis H. McNamara (4649)              Richard A. Zimmerman (RZ0963)
Cardillo & Corbett                      233 Broadway
29 Broadway                             New York, New York 10279
New York, New York 10006                212-962-1818
212-344-0464                            240-218-6456 (fax)
212-797-1212 fax                        Attorney for Defendant
Atorneys for Plaintiff                  Alexander & Blake Limited
Oceanchart Limited

SO ORDERED

_____
United States District Judge            Dated: May 14, 2008