```
                                            ┌─────────────────────────┐
                                            │   SDS SDNY              │
                                            │   DOCUMENT              │
                                            │   ELECTRONICALLY FILED  │
UNITED STATES DISTRICT COURT                │   DOC #: _____│
SOUTHERN DISTRICT OF NEW YORK               │   DATE FILED: 5/29/08   │
-----------------------------------x        └─────────────────────────┘
OCEANCHART LIMITED,                :
                                               ECF
                    Plaintiff,     :
                                          08 Civ. 0490 (PKC)
          v.                       :      STIPULATION AND
                                          ORDER FOR
A & B MARINE CHARTERING S.A,       :      DISMISSAL ON CONSENT
and ALEXANDER & BLAKE LIMITED,
                                   :
                    Defendants.
-----------------------------------x
```

Plaintiff OCEANCHART LIMITED and defendants A & B Marine Chartering S.A. and ALEXANDER & BLAKE LIMITED, by their respective undersigned attorneys, hereby stipulate that this case shall be dismissed with prejudice and without costs.

_____                    _____  5/28/08
Francis H. McNamara (4649)                   Richard A. Zimmerman (RZ0963)
Cardillo & Corbett                           233 Broadway
29 Broadway                                  New York, New York 10279
New York, New York 10006                     212-962-1818
212-344-0464                                 240-218-6456 (fax)
212-797-1212 fax                             Attorney for Defendants
Attorneys for Plaintiff                      A & B Marine Chartering S.A.
Oceanchart Limited                           Alexander & Blake Limited


SO ORDERED
_____                    5-29-08
United States District Judge                 Dated: May _____, 2008